# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE,** as subrogee of WILLIAM and MARIA WOZNIAK, : : : | **CIVIL ACTION NO. 3:CV-18-2126** |
| **Plaintiff** : : | **(JUDGE MANNION)** |
| v. : : | |
| **GREE USA, INC., *et al.*,** : | |
| **Defendants** | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss Erie's complaint, (Doc. 1), for improper service of process pursuant to Fed.R.Civ.P. 12(b)(5), filed by Gree China and Gree Hong Kong, **(Doc. 14)**, is **DENIED IN ITS ENTIRETY**.

2. Defendants Gree China and Gree Hong Kong are directed to file their answer to Erie's complaint **on or before April 12, 2019**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2019**
18-2126-01-ORDER.wpd